IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| U LOCK INC., | ) 2:22cv1218 |
| | ) |
| Debtor-Appellant. | ) |

## MOTION TO DISMISS APPEAL

AND NOW COMES U Lock Inc., by and through its undersigned counsel, and moves this Court pursuant to Federal Rule of Civil Procedure 41(a) or Federal Rule of Appellate Procedure 42(2) to dismiss this appeal. Specifically, today Appellant advised the Court that it was not pursuing its appeal from the sale Order where all tangible and intangible assets were transferred to Shanni Snyder, thus mooting this appeal.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____

J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe PA  15650
lawmatters@yahoo.com

ATTORNEY FOR APPELLANT