IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| U LOCK INC., | ) 2:22cv1218 |
| | ) |
| Debtor-Appellant. | ) |

**ORDER**

AND NOW, this ___ day of March, 2023, considering the Motion to Dismiss filed by the Appellant on the grounds that the appeal is moot because of the sale to Shanni Snyder of all tangible and intangible assets of the Company, it is hereby ORDERED, ADJUDGED, and DECREED that the appeal is DISMISSED.

_____
United States District Judge