IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE U LOCK INC.

| IN RE U LOCK INC. | ) | Civil Action No. 22-cv-1218   22cv1222 |
|---|---|---|
| vs. | ) | or   22-cv-1227   22cv1284 |
|  | ) | 22-cv-1485 |
|  | ) | Criminal Action No. _____ |

## DISCLOSURE STATEMENT

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for U Lock Inc ,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

A minority shareholder of U Lock Inc., Accredited Business Consolidators Corp. f/k/a Italian Oven, was at one point publicly traded and or transferred its shares to its underlying shareholders. Therefore, if a person owned Accredited (Italian Oven) shares they would own a small amount of U Lock shares, held in book form.

3/14/2023
Date

/s/ J. Allen Roth
Signature of Attorney or Litigant